UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL, Attorney General of
the State of Michigan,

     Plaintiff,                               No. 21-cv-11016-GAD-CI

v.                                     HON. GERSHWIN A. DRAIN

LAMBERT'S VINTAGE WINES,

     Defendant.

_____/

**CONSENT DECREE AND FINAL JUDGMENT BETWEEN
PLAINTIFF DANA NESSEL, ATTORNEY GENERAL OF THE
STATE OF MICHIGAN, AND DEFENDANT LAMBERT'S
VINTAGE WINES, LLC**

Plaintiff, Dana Nessel, Attorney General of the State of Michigan,

filed a Complaint in this action against Defendant, Lambert's Vintage

Wines, LLC ("Defendant" or "Lambert's"), for permanent injunctive

relief to restrain continuing violations of the Michigan Liquor Control

Code, Mich. Comp. Laws §§ 436.1101, *et seq.*, and the Michigan

Consumer Protection Act, Mich. Comp. Laws, §§ 445.901, *et seq.*, by

Defendant.  The parties have consented to entry of this Consent Decree

and Final Judgment (the "Consent Decree"). Now, therefore, without

trial of any issue of law or fact, and upon consent of the parties, it is

hereby ORDERED, ADJUDGED, and DECREED as follows:

## I.   JURISDICTION AND VENUE

1.     The Court has both personal jurisdiction over Defendant and

subject matter jurisdiction over the case pursuant to 27 U.S.C. §

122a(c), 28 U.S.C. § 1331, Fed. R. Civ. P. 4(k) and 28 U.S.C. § 1367(a).

The Complaint in this case states a claim upon which permanent

injunctive relief can be granted against Defendant under 27 U.S.C. §

122a(c) and a claim upon which permanent injunctive relief and

monetary penalties can be granted against Defendant under Mich.

Comp. Laws §§ 445.901, *et seq.*  Venue is proper in this Court.

## II.   PERSONS BOUND

2.     The terms and provisions of this Consent Decree will apply

to and be binding upon the Michigan Department of Attorney General,

Defendant, and Defendant's successors in interest, parents,

subsidiaries, affiliated entities, directors, officers, managers, agents,

members, assigns, and employees.

3.     No change in ownership or corporate status of Defendant,

including, but not limited to, any transfer of assets or real or personal

property, will in any way alter Defendant's obligations under this

Consent Decree.

### III.   OBLIGATIONS REGARDING INTOXICATING LIQUOR

4.      Defendant must immediately cease illegally selling and

shipping intoxicating liquor[1] to consumers located in the State of

Michigan.

5.      Defendant must immediately and adequately train and

educate its directors, officers, managers, agents, members, assigns, and

employees that Defendant is not authorized to sell or ship intoxicating

liquor to consumers located in the State of Michigan.

6.      Defendant must make diligent efforts to place adequate

disclaimers in all advertisements that Defendant creates or publishes

for the sale of intoxicating liquor that may be viewed within the State of

Michigan, including but not limited to internet-based advertisements,

to clarify that such offers are not available for acceptance by consumers

located in the State of Michigan.

---

[1] "Intoxicating liquor" is defined as that term is defined in 27 U.S.C. § 122a(a)(2) and includes "alcoholic liquor" as that term is defined in the Michigan Liquor Control Code, Mich. Comp. Laws §§ 436.1101, *et seq.*

7.      Defendant must make modifications as are reasonably

necessary to ensure that its ordering systems, regardless of format or

mechanism (whether internet-based, telephonic, print, or mail), do not

produce the sale or shipment of intoxicating liquor to consumers located

in the State of Michigan.

8.      Defendant's obligations regarding intoxicating liquor in

Section III continue until Defendant obtains a license from the

Michigan Liquor Control Commission permitting it to sell and ship

intoxicating liquor to consumers located in the State of Michigan.

## IV.    RELEASE AND DISCHARGE

9.      Except with respect to the obligations created by or arising

out of this Consent Decree, and in consideration of the payment set

forth in Section V, the Department of Attorney General releases and

covenants not to sue Defendant for the specific claims alleged against

Defendant in the Complaint and specifically reserves the rights set

forth in Paragraph 11 herein.

10.     In consideration of the Department of Attorney General's

release and covenant not to sue Defendant as set forth in Paragraph 9,

Defendant releases and covenants not to sue the Department of

Attorney General for any claims or defenses that may have been raised

by Defendant in this action or in response to this action, including but

not limited to any claims that the Department of Attorney General has

intentionally interfered with Defendant's contractual or business

relationships.

## V. PAYMENTS

11.    Within 21 days of the Effective Date[2] of this Consent Decree,

Lambert's Vintage Wines, LLC, will pay the total sum of five thousand

dollars ($5,000) by certified check or money order payable to the "State

of Michigan Department of Attorney General."  The payment will be

sent to:

> Department of Attorney General
> Alcohol & Gambling Enforcement Division
> 2860 Eyde Parkway
> East Lansing, MI 48823

12.    The payment and other consideration in this Consent Decree

are in complete settlement of all damages and costs arising out of the

complaint, including all attorney fees.

---

[2] "Effective Date" means the date the Clerk of Court's office enters this
Consent Decree on the docket in this case after signing by the Court.

## VI.   RESERVATION OF RIGHTS

13.   Plaintiff expressly reserves the right to seek any and all legal relief available for violations of the Michigan Consumer Protection Act, Mich, Comp. Laws §§ 445.901, *et seq.*, and the Michigan Liquor Control Code, Mich. Comp. Laws §§ 436.1101, *et seq.*, that Defendant commits after the Effective Date of this Consent Decree.

14.   The Parties expressly understand and acknowledge that this Consent Decree is not binding on any county prosecutor in the State of Michigan. The parties expressly understand and acknowledge that this Consent Decree is not binding on the Michigan Department of Treasury for purposes of any assessments or actions it may take for unpaid taxes, penalties, and interest.  Defendant reserves, and does not waive, any rights, claims, or defenses with respect to any such claims or actions.

## VII.  ATTORNEYS' FEES AND COSTS

15.   The Parties expressly acknowledge and agree that each is responsible for its own attorneys' fees and costs.

## VIII.     MODIFICATIONS

16.   This Consent Decree may be modified by agreement of the Parties. Modifications must be in writing, signed by counsel for

Plaintiff, counsel for Defendant, and an authorized representative of Defendant, and must be memorialized in an order executed and entered by the Court. Any such modifications will be effective on the date the Court enters its order approving such modifications.

## IX. OTHER CLAIMS

17. Nothing in this Consent Decree constitutes or may be construed as a release from any claim, cause of action, or demand in law or equity against any person, firm, partnership, or corporation not a party to this Consent Decree.

## X. RETENTION OF JURISDICTION

18. This Court will retain jurisdiction of this matter for the purpose of overseeing compliance with and resolving disputes arising under this Consent Decree.

## XI. AUTHORITY TO ENTER INTO THE CONSENT DECREE

19. The signatory for Defendant represents and warrants that he or she has been duly authorized to sign this document and so bind Defendant to all terms and conditions thereof.

**IT IS SO ORDERED AND AGREED.**


Dated: August 26, 2021

        s/Gershwin A. Drain_____
        Hon. Gershwin A. Drain
        United States District Court Judge


APPROVED:

**For Plaintiff:**

__8/24/21_____    /s/ Jason A. Geissler_____
Date        Jason A. Geissler (P69322)
        Attorney for Plaintiff


**For Lambert's Vintage Wines, LLC:**

__8/24/21_____    _____
Date        Signature

        By: JAMES LAMBERT
        Printed Name

        Its: Member
        Title

8